[No. 7465–6–II.   Division Two.   September 26, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. LIZABETH A. ROTH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 83–1–00229–8, James D. Roper, J., entered December 12, 1983. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Reed, J.

[No. 6450–2–II.   Division Two.   September 26, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY LEE HAMPTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 81–1–01153–7, Nile E. Aubrey, J., entered June 24, 1982. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.

[No. 14644–1–I.   Division One.   September 30, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. BRET T. BIGGAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83–8–14757–7, James A. Noe, J., entered April 9, 1984. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Corbett, C.J., and Coleman, J.